IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| TAKL CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0367-CG-N |
| VAUGHN MEDICAL, LLC, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiff, TAKL Corporation, and against defendant, Vaughn Medical, LLC, in the amount of $240,551.96. Post-judgment interest is awarded at the statutory rate of .11% pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 7th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE